IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

MELODY K.,

    Plaintiff,

vs.

COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION,

    Defendant.

Case No.: 3:24-cv-54

District Judge Michael J. Newman
Magistrate Judge Elizabeth Preston Deavers

---

**ORDER: (1) GRANTING THE PARTIES' JOINT STIPULATION FOR AN AWARD OF ATTORNEY'S FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT ("EAJA") (Doc. No. 11); AND (2) AWARDING EAJA ATTORNEY'S FEES, AND NO COSTS, IN THE TOTAL AMOUNT OF $750.00**

---

This Social Security disability benefits appeal is before the Court on the parties' joint stipulation for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. Doc. No. 11. The parties have stipulated to an award of $750.00 in attorney fees, and no costs, for a total EAJA award of $750.00, in full satisfaction and settlement of any and all claims EAJA claims Plaintiff may have in the instant case. *Id*. For good cause shown and in light of the parties' joint stipulation, the Court: (1) **GRANTS** the parties' joint stipulation; and (2) **AWARDS** EAJA fees, and no costs, in the total amount of $750.00. As no further matters remain pending for review, this case remains **TERMINATED** upon the Court's docket.

    **IT IS SO ORDERED.**

May 24, 2024

s/*Michael J. Newman*
Hon. Michael J. Newman
United States District Judge